IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  TIMOTHY H. STUMP AND           : Chapter 13
KELLY A. STUMP,         debtor         : Case No.  19-15842

## **REQUEST TO NOTE CHANGE OF ADDRESS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly change the address for the debtors to the following:

1573 Putnam Drive
Lancaster PA  17602

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA  19610
(610) 372-9900
(610) 372-5469 -f ax
Attorney for Debtor