| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-15842-PMM

TIMOTHY H. STUMP
KELLY A. STUMP
1573 PUTNAM DIVE
LANCASTER  PA    17602

Petition Filed Date: 09/18/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 05/21/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $600.00 | | 02/18/2020 | $600.00 | | 03/16/2020 | $40.00 | |
| 04/13/2020 | $40.00 | | 05/11/2020 | $40.00 | | 06/15/2020 | $40.00 | |
| 07/13/2020 | $40.00 | | 08/13/2020 | $40.00 | | 09/15/2020 | $40.00 | |
| 10/08/2020 | $40.00 | | 11/13/2020 | $40.00 | | 12/10/2020 | $40.00 | |
| 01/11/2021 | $40.00 | | 02/10/2021 | $40.00 | | 03/09/2021 | $40.00 | |
| 04/12/2021 | $40.00 | | 05/11/2021 | $40.00 | | | | |

**Total Receipts for the Period: $1,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,600.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $5,300.00 | $3,287.92 | $2,012.08 |
| 1 | CIRCLEBACK LENDING, INC.<br>»» 001 | Unsecured Creditors | $5,255.64 | $0.00 | $5,255.64 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $2,485.36 | $0.00 | $2,485.36 |
| 3 | FIRST NATIONAL BANK OMAHA<br>»» 003 | Unsecured Creditors | $2,481.21 | $0.00 | $2,481.21 |
| 4 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $3,650.85 | $0.00 | $3,650.85 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $4,533.40 | $0.00 | $4,533.40 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $7,102.53 | $0.00 | $7,102.53 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $505.77 | $0.00 | $505.77 |
| 8 | BECKET & LEE, LLP<br>»» 009 | Unsecured Creditors | $2,338.22 | $0.00 | $2,338.22 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $3,597.20 | $0.00 | $3,597.20 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $6,049.18 | $0.00 | $6,049.18 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»» 012 | Unsecured Creditors | $5,634.20 | $0.00 | $5,634.20 |
| 12 | FREEDOM MORTGAGE CORP.<br>»» 013 | Mortgage Arrears | $268.84 | $0.00 | $268.84 |
| 13 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $2,379.33 | $0.00 | $2,379.33 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | MARINER FINANCE LLC<br>»» 015 | Unsecured Creditors | $1,010.38 | $0.00 | $1,010.38 |
| 15 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $662.17 | $0.00 | $662.17 |
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» 017 | Unsecured Creditors | $450.39 | $0.00 | $450.39 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $3,349.37 | $0.00 | $3,349.37 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,600.00 | Current Monthly Payment: | $40.00 |
| Paid to Claims: | $3,287.92 | Arrearages: | ($560.00) |
| Paid to Trustee: | $312.08 | Total Plan Base: | $9,905.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.