| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15842-PMM

TIMOTHY H. STUMP
KELLY A. STUMP
1573 PUTNAM DIVE
LANCASTER  PA    17602

Petition Filed Date: 09/18/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 05/21/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $40.00 | | 05/11/2021 | $40.00 | | 06/10/2021 | $40.00 | |
| 07/12/2021 | $40.00 | | 07/13/2021 | $140.00 | | 08/10/2021 | $180.00 | |
| 09/10/2021 | $180.00 | | 10/12/2021 | $180.00 | | 11/09/2021 | $180.00 | |
| 12/10/2021 | $180.00 | | 01/12/2022 | $180.00 | | 02/11/2022 | $180.00 | |
| 03/08/2022 | $180.00 | | 04/11/2022 | $180.00 | | 05/11/2022 | $180.00 | |
| 06/09/2022 | $180.00 | | 07/12/2022 | $180.00 | | | | |

**Total Receipts for the Period: $2,460.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,980.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $5,300.00 | $3,647.92 | $1,652.08 |
| 1 | GRASSY SPRAIN GROUP INC »» 001 | Unsecured Creditors | $5,255.64 | $0.00 | $5,255.64 |
| 2 | FIRST NATIONAL BANK OMAHA »» 002 | Unsecured Creditors | $2,485.36 | $0.00 | $2,485.36 |
| 3 | FIRST NATIONAL BANK OMAHA »» 003 | Unsecured Creditors | $2,481.21 | $0.00 | $2,481.21 |
| 4 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,650.85 | $0.00 | $3,650.85 |
| 5 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $4,533.40 | $0.00 | $4,533.40 |
| 6 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $7,102.53 | $0.00 | $7,102.53 |
| 7 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $505.77 | $0.00 | $505.77 |
| 8 | BECKET & LEE, LLP »» 009 | Unsecured Creditors | $2,338.22 | $0.00 | $2,338.22 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $3,597.20 | $0.00 | $3,597.20 |
| 10 | WELLS FARGO BANK NEVADA NA »» 011 | Unsecured Creditors | $6,049.18 | $0.00 | $6,049.18 |
| 11 | WELLS FARGO BANK NEVADA NA »» 012 | Unsecured Creditors | $5,634.20 | $0.00 | $5,634.20 |
| 12 | NATIONSTAR MORTGAGE LLC »» 013 | Mortgage Arrears | $268.84 | $165.92 | $102.92 |
| 13 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $2,379.33 | $0.00 | $2,379.33 |

**Chapter 13 Case No. 19-15842-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MARINER FINANCE LLC<br>»» 015 | Unsecured Creditors | $1,010.38 | $0.00 | $1,010.38 |
| 15 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $662.17 | $0.00 | $662.17 |
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» 017 | Unsecured Creditors | $450.39 | $0.00 | $450.39 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $3,349.37 | $0.00 | $3,349.37 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $1,652.08 | $1,652.08 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,980.00 | Current Monthly Payment: | $175.00 |
| Paid to Claims: | $5,465.92 | Arrearages: | ($625.00) |
| Paid to Trustee: | $514.08 | Total Plan Base: | $9,905.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.