| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-15842-PMM

TIMOTHY H. STUMP  
KELLY A. STUMP  
1573 PUTNAM DIVE  
LANCASTER  PA    17602

Petition Filed Date: 09/18/2019  
341 Hearing Date: 11/12/2019  
Confirmation Date: 05/21/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $180.00 | | 09/13/2022 | $180.00 | | 10/12/2022 | $180.00 | |
| 11/08/2022 | $180.00 | | 12/12/2022 | $180.00 | | 01/12/2023 | $180.00 | |
| 02/14/2023 | $180.00 | | 03/10/2023 | $180.00 | | 04/17/2023 | $180.00 | |
| 05/15/2023 | $180.00 | | | | | | | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $3,647.92 | $3,647.92 | $0.00 |
| 1 | GRASSY SPRAIN GROUP INC »» 001 | Unsecured Creditors | $5,255.64 | $158.20 | $5,097.44 |
| 2 | FIRST NATIONAL BANK OMAHA »» 002 | Unsecured Creditors | $2,485.36 | $66.87 | $2,418.49 |
| 3 | FIRST NATIONAL BANK OMAHA »» 003 | Unsecured Creditors | $2,481.21 | $66.77 | $2,414.44 |
| 4 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,650.85 | $109.85 | $3,541.00 |
| 5 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $4,533.40 | $136.42 | $4,396.98 |
| 6 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $7,102.53 | $213.79 | $6,888.74 |
| 7 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $505.77 | $15.25 | $490.52 |
| 8 | CAPITAL ONE NA »» 009 | Unsecured Creditors | $2,338.22 | $70.37 | $2,267.85 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $3,597.20 | $108.26 | $3,488.94 |
| 10 | WELLS FARGO BANK NEVADA NA »» 011 | Unsecured Creditors | $6,049.18 | $182.06 | $5,867.12 |
| 11 | WELLS FARGO BANK NEVADA NA »» 012 | Unsecured Creditors | $5,634.20 | $169.55 | $5,464.65 |
| 12 | NATIONSTAR MORTGAGE LLC »» 013 | Mortgage Arrears | $268.84 | $268.84 | $0.00 |
| 13 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $2,379.33 | $64.02 | $2,315.31 |
| 14 | MARINER FINANCE LLC »» 015 | Unsecured Creditors | $1,010.38 | $17.48 | $992.90 |

**Chapter 13 Case No. 19-15842-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $662.17 | $15.72 | $646.45 |
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» 017 | Unsecured Creditors | $450.39 | $0.00 | $450.39 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $3,349.37 | $90.13 | $3,259.24 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $1,652.08 | $1,652.08 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,780.00 | Current Monthly Payment: | $175.00 |
| Paid to Claims: | $7,053.58 | Arrearages: | ($325.00) |
| Paid to Trustee: | $661.68 | Total Plan Base: | $9,905.00 |
| Funds on Hand: | $64.74 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.