Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 19-15842-PMM**

TIMOTHY H. STUMP  
KELLY A. STUMP  
1573 PUTNAM DIVE  
LANCASTER  PA    17602

Petition Filed Date: 09/18/2019  
341 Hearing Date: 11/12/2019  
Confirmation Date: 05/21/2020

Case Status: Completed on 8/12/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2024 | $900.00 | | 03/01/2024 | $150.00 | | 03/11/2024 | $180.00 | |
| 04/12/2024 | $180.00 | | 05/13/2024 | $180.00 | | 06/11/2024 | $180.00 | |
| 07/12/2024 | $180.00 | | | | | | | |

**Total Receipts for the Period:  $1,950.00    Amount Refunded to Debtor Since Filing:  $5.00    Total Receipts Since Filing: $9,910.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $3,647.92 | $3,647.92 | $0.00 |
| 1 | GRASSY SPRAIN GROUP INC  »» 001 | Unsecured Creditors | $5,255.64 | $353.42 | $4,902.22 |
| 2 | FIRST NATIONAL BANK OMAHA  »» 002 | Unsecured Creditors | $2,485.36 | $167.10 | $2,318.26 |
| 3 | FIRST NATIONAL BANK OMAHA  »» 003 | Unsecured Creditors | $2,481.21 | $166.84 | $2,314.37 |
| 4 | CHASE BANK USA NA  »» 005 | Unsecured Creditors | $3,650.85 | $245.48 | $3,405.37 |
| 5 | CAPITAL ONE BANK (USA) NA  »» 006 | Unsecured Creditors | $4,533.40 | $304.80 | $4,228.60 |
| 6 | CAPITAL ONE BANK (USA) NA  »» 007 | Unsecured Creditors | $7,102.53 | $477.62 | $6,624.91 |
| 7 | CAPITAL ONE BANK (USA) NA  »» 008 | Unsecured Creditors | $505.77 | $34.04 | $471.73 |
| 8 | CAPITAL ONE NA  »» 009 | Unsecured Creditors | $2,338.22 | $157.24 | $2,180.98 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC  »» 010 | Unsecured Creditors | $3,597.20 | $241.88 | $3,355.32 |
| 10 | WELLS FARGO BANK NEVADA NA  »» 011 | Unsecured Creditors | $6,049.18 | $406.74 | $5,642.44 |
| 11 | WELLS FARGO BANK NEVADA NA  »» 012 | Unsecured Creditors | $5,634.20 | $378.84 | $5,255.36 |
| 12 | NATIONSTAR MORTGAGE LLC  »» 013 | Mortgage Arrears | $268.84 | $268.84 | $0.00 |
| 13 | LVNV FUNDING LLC  »» 014 | Unsecured Creditors | $2,379.33 | $159.99 | $2,219.34 |
| 14 | MARINER FINANCE LLC  »» 015 | Unsecured Creditors | $1,010.38 | $67.94 | $942.44 |
| 15 | CITIBANK NA  »» 016 | Unsecured Creditors | $662.17 | $44.53 | $617.64 |

**Chapter 13 Case No. 19-15842-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | DEPARTMENT STORE NATIONAL BANK »» 017 | Unsecured Creditors | $450.39 | $30.31 | $420.08 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $3,349.37 | $225.21 | $3,124.16 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $1,652.08 | $1,652.08 | $0.00 |
| 18 | COMENITY CAPITAL/BOSCOVS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FIRESTONE COMPLETE AUTO CARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK/AMAZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | TIMOTHY H. STUMP | Debtor Refunds | $5.00 | $5.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,910.00 | Current Monthly Payment: | $175.00 |
| Paid to Claims: | $9,035.82 | Arrearages: | $0.00 |
| Paid to Trustee: | $874.18 | Total Plan Base: | $9,905.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.