IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-15842-PMM |
| TIMOTHY H. STUMP and, | : | |
| KELLY A. STUMP, | : | Chapter 13 |
|     Debtors. | : | |

**ORDER**

AND NOW, this __14th__ day of __November__, 2024, it is hereby ORDERED that the Debtor, Timothy H. Stump, is excused from the requirements imposed by Local Rule 4004-3 pertaining to the execution and filing of Official Form 2830 and 11 USC § 1328(g)(2) prior to the entry of an Order Discharging Debtors; the Debtor, Timothy H. Stump, is also excused from the requirement imposed by 11 USC § 1328(g)(1) to complete a Financial Management Course.

IT IS FURTHER ORDERED that Counsel for the Debtors may file the unsigned Form 2830 substantially consistent with Exhibit "A".

BY THE COURT:

_Patricia M. Mayer_
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE