United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15842-pmm |
| Timothy H. Stump | Chapter 13 |
| Kelly A. Stump | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy H. Stump, Kelly A. Stump, 1573 Putnam Drive, Lancaster, PA 17602-4035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tg@purchasedebt.com | Nov 27 2024 00:05:00 | Grassy Sprain Group, Inc., 9858 Clint Moore Rd, Ste C-11 #217, Boca Raton, FL 33496-1034 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 00:05:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | |

Case 19-15842-pmm    Doc 68    Filed 11/28/24    Entered 11/29/24 00:39:55    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

MARIO J. HANYON
    on behalf of Creditor FREEDOM MORTGAGE CORP. wbecf@brockandscott.com mario.hanyon@brockandscott.com

ROGER FAY
    on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Timothy H. Stump steve@sottolaw.com
    valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Kelly A. Stump steve@sottolaw.com
    valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-15842-PMM |
| TIMOTHY H. STUMP and | : | |
| KELLY A. STUMP, | : | Chapter 13 |
| Debtors. | : | |

**ORDER**

AND NOW this __25th_____ day of November, 2024, upon consideration of the foregoing Motion to Enlarge Time, it is hereby ORDERED that the certification of Domestic Support Obligations and the Certificate related to a Debtor Education Financial Management Course shall be filed on or before December 13, 2024.

BY THE COURT:

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge