United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15842-pmm |
| Timothy H. Stump | Chapter 13 |
| Kelly A. Stump | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 05, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy H. Stump, 1573 Putnam Drive, Lancaster, PA 17602-4035 |
| jdb | + | Kelly A. Stump, 1573 Putnam Drive, Lancaster, PA 17602-4035 |
| 14390962 | + | CircleBack Lending Inc., Po Box 1719, Portland, OR 97207-1719 |
| 14559015 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14400234 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14849902 | + | Lakeview Loan Servicing, LLC, c/o Roger Fay, Esq, 14000 Commerce Parkway, Ste H, Mount Laurel, NJ 08054-2242 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 05 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2024 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14390959 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2024 23:59:54 | American Express, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14390960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2024 00:11:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14404758 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2024 23:59:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14418644 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2024 00:00:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14390963 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2024 00:12:23 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14430823 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2024 00:11:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14390964 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2024 23:59:40 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14390965 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2024 23:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14430824 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 23:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 19-15842-pmm   Doc 70   Filed 12/07/24   Entered 12/08/24 00:33:58   Desc Imaged
                             Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14390967 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 05 2024 23:58:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103 |
| 14390968 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 05 2024 23:58:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14397788 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 05 2024 23:58:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14498714 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 05 2024 23:58:00 | FREEDOM MORTGAGE CORP., P.O. BOX 50485, INDIANAPOLIS, IN 46250-0485 |
| 14390966 | | Email/Text: BKPT@cfna.com | Dec 05 2024 23:58:00 | Firestone Complete Auto Care, Credit First, BK-11/Customer Service, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14676878 | + | Email/Text: tg@purchasedebt.com | Dec 05 2024 23:58:00 | Grassy Sprain Group, Inc., 9858 Clint Moore Rd, Ste C-11 #217, Boca Raton FL 33496-1034 |
| 14420507 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14390961 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2024 00:11:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14402424 | + | Email/Text: RASEBN@raslg.com | Dec 05 2024 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14390969 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2024 23:58:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14426950 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14390970 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 05 2024 23:58:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14428562 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 05 2024 23:58:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14390971 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 23:58:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14421779 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 23:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14390972 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 00:11:29 | Syncb/Car Care Pep Boys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14391806 | ^ | MEBN | Dec 05 2024 23:54:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14390973 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 00:12:41 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14390974 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 00:12:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14390975 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:12:19 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14420665 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:00:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14390976 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:12:25 | Wells Fargo Visa, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14671836 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14396118 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Kevin S. Frankel, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

**Name** | **Email Address**

CHRISTOPHER A. DENARDO
on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com

DENISE ELIZABETH CARLON
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

MARIO J. HANYON
on behalf of Creditor FREEDOM MORTGAGE CORP. wbecf@brockandscott.com mario.hanyon@brockandscott.com

ROGER FAY
on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
on behalf of Joint Debtor Kelly A. Stump steve@sottolaw.com
valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO
on behalf of Debtor Timothy H. Stump steve@sottolaw.com
valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)–doc 69 – 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Timothy H. Stump  )  Case No. 19−15842−pmm
 )
 )
   Kelly A. Stump  )  Chapter: 13
 )
   Debtor(s).  )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 5, 2024      For The Court

    Timothy B. McGrath
    Clerk of Court