IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-15842-PMM |
| TIMOTHY H. STUMP and | : | |
| KELLY A. STUMP, | : | Chapter 13 |
| Debtors. | : | |

**ORDER**

AND NOW this \_\_\_\_17th\_\_\_\_ day of December, 2024, upon consideration of the foregoing Motion to Enlarge Time, it is hereby ORDERED that the certification of Domestic Support Obligations and the Certificate related to a Debtor Education Financial Management Course shall be filed on or before January 3, 2025.

BY THE COURT:

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge