Certificate Number: 14912-PAE-DE-039202412

Bankruptcy Case Number: 19-15842



14912-PAE-DE-039202412

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 2, 2025</u>, at <u>1:46</u> o'clock <u>PM EST</u>, <u>Kelly Stump</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>January 2, 2025</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>